UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. CEARLEY,          Plaintiff,     v.  WELLS FARGO BANK,          Defendants. | No. 2:15-cv-353-MCE-EFB PS   ORDER |

Currently pending before the court is defendant's motion to dismiss plaintiff's amended complaint, which is noticed for hearing on May 20, 2015. ECF No. 7. Plaintiff has filed a request for an extension of time to file an opposition to the pending motion, ECF No. 9, as well as a request to continue the hearing, ECF No. 10. Plaintiff requests additional time to review defendant's motion and conduct legal research.

In light of plaintiff's representations, it is hereby ORDERED that:

1. Plaintiff's requests for an extension of time and to continue the hearing are granted;

2. The May 20, 2015 hearing is continued to June 17, 2015 at 10:00 a.m. in Courtroom No. 8;

3. Plaintiff shall file an opposition or statement of non-opposition to defendant's motion on or before June 3, 2015; and

/////

1

4. Defendant's reply, if any, shall be filed by June 10, 2015.

SO ORDERED.

DATED: May 7, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE