UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. CEARLEY, | No. 2:15-cv-353-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, | |
| Defendant. | |

On January 8, 2016, the magistrate judge filed Findings and Recommendations herein (ECF No. 33) which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  Neither party filed objections to the Findings and Recommendations.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 8, 2016 (ECF No. 33) are ADOPTED IN FULL;

2. Plaintiff's Motion to Reverse and Revoke the Sale of Property (ECF No. 13) is DENIED;

3. Defendant's Amended Motion to Dismiss (ECF No. 7) is GRANTED; and

4. Plaintiff is granted thirty (30) days from the date this Order is electronically filed to file an amended complaint that cures the deficiencies the magistrate judge identified in the Findings and Recommendations. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint." Failure to file an amended complaint will result in dismissal of this action.

IT IS SO ORDERED.

Dated: February 2, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT