UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. CEARLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK,<br><br>    Defendant. | No.  2:15-cv-353-MCE-EFB PS<br><br>FINDINGS AND RECOMMENDATIONS |

On February 4, 2016, the district judge adopted this court's findings and recommendations and granted defendant's motion to dismiss with leave to amend.[1] ECF No. 34.  That order gave plaintiff thirty days to file an amended complaint correcting the deficiencies identified in the January 8, 2016 findings and recommendations, and warned plaintiff that failure to file an amended complaint would result in this action being dismissed. *Id*.

The deadline has passed and plaintiff has not filed an amended complaint or otherwise responded to the order.

/////

/////

---

[1] This action, in which plaintiff is proceeding in propria persona, was referred to the undersigned under Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

1

Accordingly, it is hereby RECOMMENDED that this action be dismissed, and that the Clerk be directed to close this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 16, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE