1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. CEARLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK,<br><br>    Defendant. | No. 2:15-cv-353-MCE-EFB PS<br><br><br>ORDER |

On February 22, 2017, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 57. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 22, 2017 (ECF No. 57), are ADOPTED IN FULL;

2. Defendant's motion to dismiss Plaintiff's First Amended Complaint (ECF No. 43) is GRANTED.

3. Plaintiff's first, second, third, fourth, fifth, and sixth causes of action are

DISMISSED WITHOUT LEAVE TO AMEND.

4. Plaintiff is granted thirty days from the date of this order to file an amended complaint as provided in the magistrate judge's findings and recommendations. The amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint." Leave to file an amended complaint is granted only to provide Plaintiff an opportunity to cure the deficiencies to his seventh cause of action, not to assert new claims for relief.

5. Plaintiff's motion for an extension of time to file his amended complaint, ECF No. 58, is DENIED as moot.

IT IS SO ORDERED.

Dated: March 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE